IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEB Worldwide Healthcare, Inc.,
DEB IP, LTD., and
DEB SBS, INC.

   Plaintiffs,

vs.

BETCO, Corp.,

   Defendant.

Case No: 3:08-cv-52-C (BBC)

**ORDER**

### AMENDED SCHEDULING Order

| Event | Current Date | New Date |
| --- | --- | --- |
| Parties to exchange claim construction terms to be construed by the Court | April 25, 2008 | May 14, 2008 |
| Last day to file opening claim construction briefs | May 28, 2008 | Same |
| Last day to file claim construction response briefs | June 11, 2008 | Same |
| Markman Hearing | June 20, 2008 | Same |

Dated: 5-1-08

_____
~~Barbara crabb~~
United States ~~District~~ Judge
   MAGISTRATE